ACCEPTED
14-14-00461-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 6:31:27 PM
CHRISTOPHER PRINE
CLERK

NO. 14-14-00461-CV

IN THE
COURT OF APPEALS
FOR THE
FOURTEENTH SUPREME JUDICIAL DISTRICT OF TEXAS
HOUSTON, TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 6:31:27 PM
CHRISTOPHER A. PRINE
Clerk

HSIN-CHI SU A/K/A "NOBU SU", *Appellant*

v.

VANTAGE DRILLING COMPANY, *Appellee*

*On appeal from the 270th Judicial District Court, of Harris County, Texas*
*Trial Court Cause No. 2012-47755*

## NOTICE OF DESIGNATION OF LEAD COUNSEL

Pursuant to Texas Rule of Appellate Procedure 6.1(c), Appellant Hsin-Chi

Su a/k/a Nobu Su designates as lead counsel:

> Vineet Bhatia
> State Bar No. 00795976
> Susman Godfrey LLP
> 1000 Louisiana Street, Suite 5100
> Houston, Texas 77002-5096
> Telephone: (713) 651-9366
> Fax: (713) 654-6666
> vbhatia@susmangodfrey.com

Previous lead counsel Joseph O. Slovacek of Hoover Slovacek LLP remains as

counsel for Appellant in this matter.

3724879v1/014527

Respectfully submitted,

SUSMAN GODFREY L.L.P.


By:   /s/ Vineet Bhatia
        Vineet Bhatia – Lead Counsel
        State Bar No. 00795976
        Stuart V. Kusin
        State Bar No. 11770100
        1000 Louisiana Street, Suite 5100
        Houston, Texas 77002-5096
        Telephone:  (713) 651-9366
        Fax:  (713) 654-6666
        vbhatia@susmangodfrey.com
        skusin@susmangodfrey.com


        /s/ Joseph O. Slovacek
        Joseph O. Slovacek
        State Bar No. 18512300
        Paul A. Pilibosian
        State Bar No. 24007846
        HOOVER SLOVACEK LLP
        5847 San Felipe, Suite 2200
        Houston, Texas 77057
        Telephone: (713) 977-8686
        Fax:  (713) 977-5395
        slovacek@hooverslovacek.com
        pilibosian@hooverslovacek.com

*Attorneys for Hsin-Chi Su a/k/a Nobu Su*